```
                              United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 18-00799-HWV
Joseph Thomas Konupka, III                                              Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: JGoodling              Page 1 of 2                  Date Rcvd: Mar 28, 2018
                               Form ID: pdf010              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             +Joseph Thomas Konupka, III,    407 Wiconisco Street,    Harrisburg, PA 17110-2022
5028598        +AAA DEBT REC,    PO BOX 129,   MONROEVILLE, PA 15146-0129
5028599        +AES/SUNTRUST,    PO BOX 2461,   HARRISBURG, PA 17105-2461
5028600         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5028602         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
5028606        +CRESCENT MORTGAGE COMPANY,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
5028607        +CRESCENT MORTGAGE COMPANY,    6600 PEACHTREE DUNWOOD RD NE,    600 EMBASSY ROW SUITE 650,
                 ATLANTA, GA 30328-1638
5037906         ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
5028608        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,   SIOUX FALLS SD 57107-0145
5028610        +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
5028611        +LEON P HALLER, ESQUIRE,    PURCELL, KRUG & HALLER,    1719 N FRONT STREET,
                 HARRISBURG, PA 17102-2392
5028612        +MEAGAN HARTRY,    407 WICONISCO STREET,    HARRISBURG, PA 17110-2022
5028613        +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                 HERSHEY, PA 17033-0853
5028614         MSHMC PHYSICIANS GROUP,    BILLING SERVICES,   PO BOX 854,    HERSHEY, PA 17033-0854
5028615         PHFA (CORRESPONDENCE),    211 N FRONT STREET,    PO BOX 15530,    HARRISBURG, PA 17105-5530
5028618         TEMPLE UNIVERSITY,    PO BOX 828799,   PHILADELPHIA, PA 19182-8799
5028619        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,    CARLISLE, PA 17013-0189
5028620       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                (address filed with court:   UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5028621        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5028622        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5028601        +E-mail/Text: bankruptcy@cavps.com Mar 28 2018 18:56:16     CAVALRY PORTFOLIO SERVICES LLC (p),
                 500 SUMMIT LAKE DR, STE 400,    VALHALLA, NY 10595-2322
5028603        +E-mail/Text: dehartstaff@pamd13trustee.com Mar 28 2018 18:56:18      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5028604         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2018 18:56:11     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,    HARRISBURG, PA 17128-0946
5028605         E-mail/PDF: creditonebknotifications@resurgent.com Mar 28 2018 18:58:57      CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5030086        +E-mail/Text: bankruptcy@cavps.com Mar 28 2018 18:56:16     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5028609         E-mail/Text: cio.bncmail@irs.gov Mar 28 2018 18:56:06     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5028616         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2018 18:59:03
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    BK NOTICES,    PO BOX 41067,    NORFOLK, VA 23541
5029607        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2018 18:58:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5033391         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2018 18:56:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5028617         E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2018 18:58:50     SYNCB/HHGREG,    PO BOX 965061,
                 ORLANDO, FL 32896-5061
5028623        +E-mail/Text: bnc-bluestem@quantum3group.com Mar 28 2018 18:56:18      WEBBNK/FHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
      James Warmbrodt    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
      Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III karagendronecf@gmail.com,  doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III | : | |
| | : | CASE NO. 1:18-bk-00799 |
| aka Joseph Thomas Konupka | : | |
| | : | |
| | : | |
| Debtor(s) | | |

### ORDER

Upon consideration of the Motion to Extend the Automatic Stay (the "Motion"), and cause appearing therefore, and no objections having been filed, it is hereby

**ORDERED** that the Motion is **GRANTED** and the automatic stay remains unaffected as to property of the estate and thus the stay continues to protect property of the estate until the closing of the case or further order of the Court; and it is further

**ORDERED** that pursuant to the Debtor's motion, the automatic stay as to the debtor and the debtor's property shall continue until the closing of the case or further order of the Court.

Dated: March 27, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)