```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-00799-HWV
Joseph Thomas Konupka, III                                          Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Apr 10, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
        +TEMPLE UNIVERSITY,   1803 NORTH BROAD STREET,   CARNELL HALL,   PHILADELPHIA, PA 19122-6095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Dorothy L Mott   on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,
        KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        James  Warmbrodt   on behalf of Creditor   Crescent Mortgage Company bkgroup@kmllawgroup.com
        Kara Katherine Gendron   on behalf of Debtor 1 Joseph Thomas Konupka, III
        karagendronecf@gmail.com,  doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH THOMAS KONUPKA, III<br>aka Joseph Thomas Konupka<br><br>Debtor<br><br>JOSEPH THOMAS KONUPKA, III<br>aka Joseph Thomas Konupka<br><br>Movant<br><br>v.<br><br>TEMPLE UNIVERSITY<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:18-bk-00799 |

**O R D E R**

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, it is hereby

ORDERED that the relief prayed for in the Motion is granted and the judgment of TEMPLE UNIVERSITY in the approximate amount of $2,520.67 entered in Dauphin County at docket number # 2012-CV-10608 is avoided; it is further

ORDERED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: April 10, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (KB)