```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 18-00799-HWV
Joseph Thomas Konupka, III                                          Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar              Page 1 of 1          Date Rcvd: Jun 07, 2018
                               Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
5057327          Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                   Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Jada S Greenhowe    on behalf of Creditor    PHFA-HEMAP JGREENHOWE@PHFA.ORG
              James Warmbrodt    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III
               karagendronecf@gmail.com,  doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka, | : | CASE NO. 1:18-bk-00799 |
|     Debtor | : | |
| | : | |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka, | : | |
|     Movant | : | |
| v. | : | |
| Pinnacle Credit Services, LLC its | : | OBJECTION TO CLAIM # 8 |
| successors and assigns as assignee of | : | |
| Cellco Partnership d/b/a Verizon, | : | |
|     Respondent/Claimant | | |

## O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i).

Dated: June 06, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Case 1:18-bk-00799-HWV    Doc 43    Filed 06/09/18    Entered 06/10/18 00:38:47    Desc
Imaged Certificate of Notice    Page 2 of 2